IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LABORERS LOCAL UNION 158, <u>et al.</u>,** | : | |
|     **Plaintiffs** | : | No. 1:16-cv-00843 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ON-CALL FLAGGING, INC., <u>et al.</u>,** | : | |
|     **Defendants** | : | |

# <u>ORDER</u>

**AND NOW**, this 12th day of April 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for default judgment (Doc. No. 9), is **GRANTED**;

2. Defendants are **ORDERED** to remit to Plaintiffs $30,560.07 representing delinquent benefit fund contributions, liquidated damages, and interest pursuant to 29 U.S.C. § 1132(g)(2) and the terms of the collective bargaining agreement;

3. Defendants are **ORDERED** to pay $1,400.00 in attorney's fees and $413.92 in costs pursuant to 29 U.S.C. § 1132(g)(2);

4. Default judgment is entered in favor of Plaintiffs; and

5. The Clerk of Court is directed to close the case.

                                                                                                         s/ Yvette Kane
                                                                                                         Yvette Kane, District Judge
                                                                                                         United States District Court
                                                                                                         Middle District of Pennsylvania